|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | STANLEY A. BOONE |
|   | SHEILA K. OBERTO |
| 3 | Assistant U.S. Attorneys |
| 4 | 4401 Federal Building |
|   | 2500 Tulare Street |
| 5 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |



FILED
JUN 2 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE         )   S.W. NO.
SEARCHES OF:                 )
                             )   **UNDER SEAL**
1473 KRAMER RIDGE,           )
REEDLEY, CALIFORNIA 93654    )   ORDER SEALING SEARCH
                             )   WARRANT AFFIDAVIT
338 STANLEY AVENUE,          )
REEDLEY, CALIFORNIA 93654    )   1: 06SW00161 LJO
                             )
1148 E. DINUBA AVENUE,       )
APARTMENT #102 (LINCOLN PLACE))
REEDLEY, CALIFORNIA 93654    )
                             )
1405 F STREET,               )
REEDLEY, CALIFORNIA 93654    )
_____)

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying

1

1  Memorandum of Points and Authorities and Declaration of Stanley
2  A. Boone, shall be filed with the Court *in camera*, under *seal*
3  and shall not be disclosed pending further order of this court.
4
5
6
7  DATED: 6-21-06                    _____
                                     LAWRENCE J. O'NEILL
8                                    U.S. Magistrate Judge