```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
JUL 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | ) | 01: 06-SW-00161 LJO |
| --- | --- | --- |
| | ) | 01: 06-SW-00162 LJO |
| 1473 KRAMER RIDGE, | ) | 01: 06-SW-00163 LJO |
| REEDLEY, CALIFORNIA 93654 | ) | 01: 06-SW-00164 LJO |
| | ) | |
| 338 STANLEY AVENUE, | ) | |
| REEDLEY, CALIFORNIA 93654 | ) | ORDER TO UNSEAL SEARCH WARRANT |
| | ) | AFFIDAVIT AND WARRANTS |
| 1148 E. DINUBA AVENUE, | ) | |
| APARTMENT #102 (LINCOLN PLACE), | ) | |
| REEDLEY, CALIFORNIA 93654 | ) | |
| | ) | |
| 1405 F STREET, | ) | |
| REEDLEY, CALIFORNIA 93654 | ) | |
| | ) | |

　　　The search warrant affidavit in this case having been sealed by Order of this Court on June 21, 2006, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

　　　IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 7/14/2006　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1